**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE  NOS.  1:21-cr-00706;  1:25-cv-02621 |
| | ) | |
| Plaintiff-Respondent, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | **ORDER** |
| BRANEA BRYANT, | ) | **(Resolving Doc. 1224)** |
| | ) | |
| Defendant-Petitioner. | ) | |

On December 1, 2025, Defendant-Petitioner Branea Bryant filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence.  (Doc. 1179, 12/1/25) She used the standard form for her motion and appended as support over 30 attachments.

Overlooked on the last page of the form she filed is a statement to be completed by Petitioner.  It reads, "Therefore, movant asks that the Court grant the following relief."  A blank space to be completed by Petitioner follows this statement.  This blank space on page 14 of the form is in turn followed by another statement which reads, "or any other relief to which movant may be entitled."  This statement is in turn followed by a signature line for Petitioner's attorney if she is represented for purposes of her § 2255 motion.

Petitioner failed to complete the blank space to specify the relief she requests

1

that the Court grant her.  (Doc. 1179, PageID #11063)  Respondent noticed this error in Petitioner's motion and filed a motion to dismiss Petitioner's § 2255 motion or, alternatively, to require Petitioner to supplement her motion to specify the requested relief.  (Doc. 1224, 3/20/26)  It further requested that the Court hold Respondent's merits response in abeyance until its motion was resolved.

Ten days later Petitioner filed a replacement page 14 for her § 2255 motion where she has now specified the relief she requests: "vacate, set aside, or correct a sentence."  (Doc. 1227, 3/30/26)

Petitioner's most recent filing renders Respondent's motion in part moot, since Petitioner has now made known the relief she is requesting.  For the time period leading up to this order, the Court has held in abeyance the deadline for Respondent to file its merits response.  The deadline for the filing of Respondent's merits response to Petitioner's § 2255 motion needs to be reset.  In light of the considerable time that has already elapsed since December 17, 2025 when the Court ordered Respondent to respond to Petitioner's motion, Respondent shall respond to Petitioner's § 2255 motion by no later than Friday, May 29, 2026.

Accordingly, for the reasons stated above, Respondent's Motion to Dismiss Bryant's Section 2255 Petition, or Alternatively, Require Bryant to Supplement Her Petition and State the Relief Requested is DENIED IN PART AS MOOT and GRANTED IN PART.  Respondent shall file its merits response to Petitioner's § 2255 motion by no later than Friday, May 29, 2026.

IT IS SO ORDERED.

2

3

Dated: April 29, 2026    /s/ John R. Adams
            JOHN R. ADAMS
            UNITED STATES DISTRICT JUDGE